

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00800-CV

**IN THE INTEREST OF A.C.V.**

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2017-1754
Honorable Robert Hofmann, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, appellant's motion to modify judgment is denied. This appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on January 16, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court